### Spain *against* Grove and Smith.

*December,* 1823.

*GROVE* and *SMITH* brought an action of Debt in the Circuit Court of *Lauderdale* County against *Spain,* on his promissory Note for one hundred and fifty-three dollars " *in good current money of the State of Tennessee,*" equal in value to said sum of $153. *Spain* failing to plead, the Circuit Court rendered judgment by *nil dicit* against him for $153 debt and $36 80 cents damages.

On a Note for $153 in current money of the State of *Tennessee,* judgment by *nil dicit* for the 153 dollars and interest.

On a writ of Error to this Court, among other matters, he assigned as Error, that the note being payable in foreign currency, its value ought to have been found by a Jury.

Chief Justice *Lipscomb* delivered the opinion of the Court.

The note, as appears by the declaration, was payable in good current money of the State of *Tennessee,* of the value to the sum of money promised. If it were necessary to empannel a Jury to enquire of the value of the *Tennessee* currency, the Jury would be bound by the valuation fixed on by the parties ; the only inference we can draw from the expressions used in the note is, that if paid in good *Tennessee* currency, the maker should make the payment equal in value to specie.

Let the judgment be affirmed.

*Coalter,* for the plaintiff—cited, 1 Wash. 369.  2 Wash. 149.  2 Bibb. 364.  4 Dallas, 328.

*Martin,* for defendant in Error.